Same case below, 370 Fed. Appx. 409.

**No. 09-10844. Ryan Dennis, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3483, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5029.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 591.

**No. 09-10845. Christopher Samuel Carter, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5071.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 136.

**No. 09-10846. Jesus Cruz-Miranda, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 4984.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 581.

**No. 09-10849. Robert Golan Hilton Thomas, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5155.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 365 Fed. Appx. 195.

**No. 09-10850. Jesse J. Stewart, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5049.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 365 Fed. Appx. 33.

**No. 09-10856. Salem Fuad Aljabri, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5051,

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 363 Fed. Appx. 403.

**No. 09-10860. Lorenzo Cotton, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5221.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 566.